UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOT PARKASH SINGH,<br><br>                      Petitioner,<br><br>v.<br><br>WARDEN OF IMPERIAL REGIONAL DETENTION FACILITY, et al.,<br><br>                      Respondents. | Case No.: 3:26-cv-0557-CAB-BLM<br><br>**ORDER REQUIRING A BOND HEARING** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], filed by Petitioner Jot Parkash Singh. Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") in violation of the Immigration and Nationality Act, the Administrative Procedure Act, and the Fifth Amendment. [Petition at 11–14.]

Respondents' return to the Petition "acknowledge[s] that Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 6 at 2.]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated

regulations by **February 20, 2026**.  Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **February 25, 2026**.

It is **SO ORDERED**.

Dated: February 6, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

2