UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOT PARKASH SINGH,<br><br>                                   Petitioner,<br><br>v.<br><br>WARDEN OF IMPERIAL REGIONAL<br>DETENTION FACILITY, et al.,<br><br>                                   Respondents. | Case No.:  3:26-cv-00557-CAB-BLM<br><br>**ORDER CLOSING CASE** |

Petitioner Jot Parkash Singh filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, [Doc. No. 6], this Court ordered a bond hearing under § 1226(a) and its associated regulations, [Doc. No. 7]. Petitioner subsequently received a bond hearing on February 12, 2026.  [Doc. No. 8.]

///

///

///

///

///

1

Petitioner has received the relief his Petition requested.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  March 24, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge